AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

____FILED  ____RECEIVED
____ENTERED ____SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 28 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:19-mj-163-GWF |
| | ) | |
| TYRONE CAMPBELL | ) | Charging District: Eastern District of Virginia |
| *Defendant* | ) | Charging District's Case No. 4:19-cr-003-RBS-DEM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Walter E. Hoffman - United States Courthouse 600 Granby Street, Room 193 Norfolk, VA 23510-1915 | Courtroom No.: TBD |
|---|---|---|
| | | Date and Time: March 15, 2019 at 9:00am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: February 28, 2019

*Judge's Signature*

GEORGE FOLEY, JR., United States Magistrate Judge
*Printed name and title*